IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE ANN MAASSEN and WERNER MAASSEN,

    Plaintiffs,

  v.

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant.

No. C-14-0116 MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND ANSWER**

    On January 22, 2014, the above-titled action was reassigned to the undersigned.

    To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit forthwith a chambers copy of its Notice of Removal, filed January 8, 2014, and its Answer, filed January 8, 2014.

    **IT IS SO ORDERED.**

Dated: February 4, 2014

                            MAXINE M. CHESNEY
                            United States District Judge