John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
Molly B. Girardi (State Bar No. 271279)
(mgirardi@girardikeese.com)
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs
CHARLOTTE MAASSEN and WERNER MAASSEN

[Defendant's Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MAASSEN and WERNER MAASSEN,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 3:14-cv-00116-MMC<br>ORDER APPROVING<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

ADDITIONAL COUNSEL:

James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4484

Katharine R. Latimer (admitted pro hac vice)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted pro hac vice)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant NOVARTIS PHARMACEUTICALS CORPORATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, by and through their respective counsel of record, stipulate that this lawsuit hereby is voluntarily dismissed with prejudice as to all claims, with each party to bear their/its own costs and fees associated with this lawsuit.

Date: April 7, 2015

Respectfully submitted,

/s/ John A. Girardi

John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
Molly B. Girardi (State Bar No. 271279)
(mgirardi@girardikeese.com)
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*
*Charlotte Maassen and Werner Maassen*

/s/ Katharine R. Latimer

Katharine R. Latimer (admitted pro hac vice)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted pro hac vice)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)

1 | Sandra Edwards (State Bar No. 154578)
2 | (sedwards@fbm.com)
3 | FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
4 | San Francisco, CA 94104
Telephone: (415) 954-4400
5 | Facsimile: (415) 954-4484

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: April 7, 2015

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE